

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Robert Steven Childress,        * Original Mandamus Proceeding

No. 11-24-00216-CV            * August 15, 2024

                             * Memorandum Opinion by Trotter, J.
                              (Panel consists of: Bailey, C.J.,
                              Trotter, J., and Williams, J.)

This court has considered Robert Steven Childress's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.